No. 225. CASTRO ET AL. *v.* CENTRAL AGUIRRE SUGAR Co. C. A. 1st Cir. Certiorari denied. *Ginoris Vizcarra* for petitioners. *Antonio M. Bird* for respondent.

No. 227. DAVIS ET AL. *v.* MCLAUGHLIN, ADMINISTRATRIX. C. A. 9th Cir. Certiorari denied. *Harry B. Dowsing* for petitioners. *Guy Knupp, Howard S. Smith* and *Katsuro Miho* for respondent.

No. 230. LEVIN & WEINTRAUB *v.* ROSENBERG, TRUSTEE IN BANKRUPTCY. C. A. 2d Cir. Certiorari denied. *Benjamin Weintraub* for petitioner.

No. 233. MONGOOSE GIN Co. ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Darrell B. Hester* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas, Sherman L. Cohn* and *Richard S. Salzman* for the United States.

No. 235. INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 1242 *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied. *Richard H. Markowitz* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 241. CLOWER ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 6th Cir. Certiorari denied. *Jac Chambliss* for petitioners. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board, and *Arthur S. Keyser* for Tennessee Products & Chemical Corp., respondents.